UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 8:11-CR-181-T-17MAP

KENNETH H. BURKE, JR.

_____/

ORDER

This cause is before the Court on:

Dkt. 128   Motion to Have Assessment, Fine and Restitution
           Waived Until Defendant's Term of Supervised Release

Defendant Kenneth H. Burke, Jr., pro se, moves the Court to grant his motion in regard to restitution and amend Defendant's "Judgment in a Criminal Case." (Dkt. 100). Defendant Burke requests the Court to waive assessment, fine and restitution until Defendant Burke is released.

Defendant Burke states that the Judgment provides that the lump sum $400.00 special assessment is due immediately. Defendant Burke states that, at the current time, Defendant Burke does not have the ability or means to pay the $25.00 every quarter that the Bureau of Prisons requires.

Defendant Burke indicates that Defendant Burke has attached a copy of Defendant's inmate trust account (Dkt. 128, p. 1); however, there is no attachment to Defendant's Motion.

The Court has reviewed the provisions of Defendant Burke's Final Judgment. The Court notes that the fine was waived, and no restitution was imposed. A special assessment fee in the amount of $400.00 was imposed, based on the jury verdict of guilty of Counts 1 through 4 of the Indictment, pursuant to 18 U.S.C. Sec. 3013(a)(2)(A). The Eleventh Circuit Court of Appeals affirmed Defendant Burke's conviction. (Dkts. 125, 126).

The imposition of the special assessment fee is mandatory. In general, the Court may not waive a mandatory monetary penalty. See United States v. Puentes, 803 F.3d 597, 606 (11th Cir. 2015). While Defendant Burke is in custody of the Bureau of Prisons, Defendant Burke must first attempt to resolve Defendant Burke's alleged inability to pay through administrative channels before seeking judicial relief. See 28 C.F.R. Secs. 571.50-571.54.

After consideration, the Court denies Defendant Burke's Motion to Have Assessment, Fine and Restitution Waived Until Defendant's Term of Supervised Release without prejudice, and directs Defendant Burke to initiate the grievance procedures available to Defendant Burke. Accordingly, it is

**ORDERED** that pro se Defendant Kenneth H. Burke's Motion to Have Assessment, Fine and Restitution Waived Until Defendant's Term of Supervised Release (Dkt. 128) is **denied without prejudice**. Defendant Burke **is directed** to pursue administrative procedures to their conclusion before seeking judicial relief.

Case No. 8:11-CR-181-T-17MAP

**DONE and ORDERED** in Chambers in Tampa, Florida on this 6th day of September, 2018.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:

AUSA Taylor Stout

Pro Se Defendant:

Kenneth H. Burke, Jr.
39456-018
FCI TALLADEGA
FEDERAL CORRECTIONAL INSTITUTION
P.M.B. 1000
TALLADEGA, AL    35160